IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| **Angela N. Young,** | ) | Case No. **19-32042** |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

## NOTICE OF MOTION

TO: See Attached List

PLEASE TAKE NOTICE that on **Tuesday, February 2, 2021**, at **10:00 AM**, I will appear telephonically before the Honorable Jack B. Schmetterer, or any judge sitting in his place, and present the **Motion of the United States Trustee for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee**, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-877-336-1839; Access Code: 3900709**.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street
Chicago, IL  60604
adam.brief@usdoj.gov
(202) 503-7104

1

## CERTIFICATE OF SERVICE

I, Adam G. Brief, Assistant U.S. Trustee, certify that I served a copy of this **Notice of Motion and Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee** to be served on each entity shown on the attached list at the address shown and by the method indicated on the list on January 20, 2021 at 5:00 PM.

/s/ *Adam G. Brief*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

N. Neville Reid     nreid@foxswibel.com
David M Siegel     davidsiegelbk@gmail.com

**Parties Served via First Class Mail:**

*See Exhibit A—Declaration of Mailing/Certificate of Service*

ANGELA N. YOUNG
9216 S. ADA STREET, 1ST FL.
CHICAGO, IL 60620

EXETER FINANCE LLC,
C/O AIS PORTFOLIO SERVICES, LP
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ANGELA N YOUNG | CASE NO: 19-32042 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: |

On 1/20/2021, I did cause a copy of the following documents, described below,

Reopen Case

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/20/2021

/s/ Adam G Brief
Adam G Brief   016542000
Assistant United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604
202 503 7104

## UST - EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: ANGELA N YOUNG | CASE NO: 19-32042 |
|---|---|
|  | **CERTIFICATE OF SERVICE** |
|  | **DECLARATION OF MAILING** |
|  | Chapter: |

On 1/20/2021, a copy of the following documents, described below,

Reopen Case

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/20/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Adam G Brief
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604

**UST - EXHIBIT A**

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ANGELA N YOUNG                          EXETER FINANCE LLC
9216 S ADA STREET                       C/O AIS PORTFOLIO SERVICES LP
1ST FLOOR                               4515 N SANTA FE AVE, DEPT. APS
CHICAGO IL 60620                        OKLAHOMA CITY OK 73118
```

**UST - EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| **Angela N. Young,** | ) | Case No. **19-32042** |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 350(b) AND RULE 5010 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR AUTHORIZATION TO APPOINT A CHAPTER 7 TRUSTEE**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010 and for authorization to appoint a chapter 7 trustee. In support of his motion, the U.S. Trustee respectfully states as follows:

**JURISDICTION**

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

1

## BACKGROUND

3.  Angela N. Young ("Debtor") commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on November 11, 2019.

4.  N. Neville Reid was appointed and served as the chapter 7 trustee ("Chapter 7 Trustee"). On December 20, 2019, the Chapter 7 Trustee filed a No Asset Report. [Doc. 12] Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing this bankruptcy case.

5.  The U.S. Trustee received notification that Wells Fargo is issuing a refund to the Debtor on account of improperly collected fees related to an auto loan.

6.  Upon information and belief, the U.S. Trustee believes that the refund may be property of the estate pursuant to 11 U.S.C. § 541(a).

## RELIEF REQUESTED

7.  The U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee.

8.  Section 350 of the Bankruptcy Code provides that:

    (a) After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

    (b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

Rule 5010 of the Federal Rules of Bankruptcy Procedure implements Section 350(b).

9.  Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) for such other and further relief as this Court deems appropriate.

                                        RESPECTFULLY SUBMITTED,
                                        PATRICK S. LAYNG
                                        UNITED STATES TRUSTEE

Dated: January 20, 2021                 */s/ Adam G. Brief*
                                        Adam G. Brief, Assistant U.S. Trustee
                                        OFFICE OF THE U.S. TRUSTEE
                                        219 S. Dearborn Street
                                        Chicago, IL 60604
                                        adam.brief@usdoj.gov
                                        (202) 503-7104