**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| YOUNG, ANGELA N. | ) | CASE NO. 19-32042-JBS |
| | ) | |
| Debtor(s). | ) | Hon. Jack B. Schmetterer |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:    THE HONORABLE Jack B. Schmetterer

NOW COMES Chapter 7 N. Neville Reid, Trustee, Trustee herein, pursuant to 11 U.S.C. §330, and requests $299.30 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $1,197.21. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $299.30 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $0.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $299.30 | |

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                                       $0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:  August 4, 2021                                          /s/ Chapter 7 N. Neville Reid, Trustee
                                                                                  Chapter 7 N. Neville Reid, Trustee, Trustee

Chapter 7 N. Neville Reid, Trustee
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street
Suite 3000
Chicago, IL  60606
Business            (312)224-1245
FAX                    (312) 224-1201